# EXHIBIT 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASMINA LAHLOU,

    Plaintiffs,

-against-

BELLATORRA SKIN CARE, LLC,
NATHAN HALSEY, and EVA BOWEN.

    Defendants.

Case No.: 18-cv-01690(DAB)

**PROPOSED DEFAULT JUDGMENT**

    WHEREAS, Plaintiff YASMINA LAHLOU commenced this action on February 23, 2018 under the American with Disabilities Act Amendments Act ("ADA"), Title VII of the Civil Rights of 1964, 42 U.S.C. § 2000 *et seq*., as amended by the Pregnancy Discrimination Act of 1978, 42 U.S.C. 1981A ("Title VII"), and New York City Human Rights Law, the Administrative Code of the City of New York §§ 8-101 *et seq*. ("City Law");

    WHEREAS, Defendants BELLATORRA SKIN CARE, LLC and EVA BOWEN failed to respond and are in default;

    Pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is hereby:

    ORDERED and ADJUDGED that judgment is hereby entered against Defendants BELLATORRA SKIN CARE, LLC and EVA BOWEN, jointly and severally in the following amounts:

    (1) To Plaintiff YASMINA LAHLOU under the ADA, Title VII, and City Law as follows:

        a. in the amount of $149,500.00 in backpay;

        b. in the amount of $50,000 in mental anguish pain and suffering; and

2

        c.  in the amount of $17,507.00 in attorneys' fees and $1,057.00 in costs.

IT IS FURTHER ORDERED and ADJUDGED that Plaintiff YASMINA LAHLOU'S request for post-judgment interest at the rate specified in 28 U.S.C. § 1961, accruing from the date of entry of this judgment until the judgment is satisfied, is granted.

Dated: _____ \_\_\_, 2018
      New York, NY

                                          _____
                                          Hon. Deborah A. Batts
                                          United States District Judge