UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASMINA LAHLOU,

      Plaintiff,

-against-

BELLATORRA SKIN CARE, LLC, NATHAN HALSEY, AND EVA BOWEN,

      Defendants.

Case No.: 18-cv-01690

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yasmina Lahlou hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants.

Date: May 28, 2020
      New York, New York

SO ORDERED:

_George B. Daniels_
George B. Daniels, U.S.D.J.

Dated: JUN 0 1 2020

FISHER TAUBENFELD LLP

----------------/s/---------------
Liane Fisher, Esq. (LF-5708)
225 Broadway, Suite 1700
New York, New York 10007
Phone: (212) 571-0700
*ATTORNEYS FOR PLAINTIFF*